OPINIONS OF THE SUPREME COURT OF OHIO

**** SUBJECT TO FURTHER EDITING ****

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Berger et al., Appellants and Cross-Appellees, v. City of Port Clinton, Appellee and Cross-Appellant.
[Cite as Berger v. Port Clinton (1994), Ohio St.3d .]
Appeal and cross-appeal dismissed as improvidently allowed.
(No. 93-1399 -- Submitted October 12, 1994 -- Decided December 27, 1994.)
Appeal and Cross-Appeal from the Court of Appeals for Ottawa County, No. 92-OT-037.

Spitler & Williams-Young Co., L.P.A., Steven M. Spitler, Marc G. Williams-Young and Debra M. Jennings, for appellants and cross-appellees.
Flynn, Py & Kruse, L.P.A., and John A. Coppeler, for appellee and cross-appellant.

This cause is dismissed, sua sponte, as having been improvidently allowed.
A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
Moyer, C.J., dissents.
Moyer, C.J., dissenting. I dissent. I would affirm the well-reasoned decision of the court of appeals.